DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CALVIN K. WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1110

———————————————

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly Kay Fernandez, Judge.

Calvin K. Wilson, pro se.

PER CURIAM.

        Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.